# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC CUSTOM POOLS, INC., et al.,<br><br>Defendants. | Case No. 2:17-cv-00044-APG-NJK<br><br>**ORDER FOR STATUS REPORT**<br><br>(ECF No. 14) |

On June 30, 2017, the parties notified the Court that a settlement had been reached. ECF No. 14. The parties requested thirty days to complete the settlement. More than thirty days have passed but the parties have not filed settlement documents.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a status report regarding settlement on or before September 15, 2017.

DATED this 7th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE