**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
***Counsel for Plaintiffs Laborers Joint Trust Funds***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC CUSTOM POOLS, INC., a Foreign Corporation, and JAMES F. BARGER, an Individual.<br><br>Defendants. | CASE NO: 2:17-cv-00044-APG-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, The Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust; The Board of Trustees of The Construction Industry and Laborers Joint Pension Trust; The Board of Trustees of the Construction Industry and Laborers Vacation Trust; The Board of Trustees of Southern Nevada Laborers Local 872 Training Trust (hereinafter "Plaintiffs), by and through their counsel of record, The Urban Law Firm, and Defendants, Pacific Custom Pools, Inc., a Foreign Corporation and James F. Barger (hereinafter "Defendants"), by and through their counsel of record, Fisher & Phillips, and

subject to the approval and Order of this Court, to the dismissal of all of Plaintiffs' claims against Defendants, with prejudice.

Each party shall bear its own costs and fees incurred in this dispute.

Dated: October 6, 2017

**THE URBAN LAW FIRM**

By: */s/ Nathan R. Ring*

Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
nring@theurbanlawfirm.com
***Counsel for Plaintiffs Laborers Joint Trust Funds***

Dated: October 6, 2017

**FISHER & PHILLIPS**

By: */s/ David Dornak*

David Dornak, Nevada State Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 862-3812
Email: ddornak@fisherphillips.com
***Counsel for Defendants Pacific Custom Pools and James F. Barger***

**ORDER**

IT IS HEREBY ORDERED that Defendants Pacific Custom Pools and James F. Barger be dismissed from the above-entitled case be dismissed with prejudice with each side to bear their own attorney's fees and costs.

DATED: 10/10/2017

UNITED STATES DISTRICT JUDGE